UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JEAN-PHILIPPE AUTRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-135-PLR-DCP |
| | ) | |
| PROTCTER & GAMBLE LONG TERM | ) | |
| DISABILITY ALLOWANCE PLAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Suggestion of Death and Unopposed Motion to Substitute Parties. [Doc. 40] Plaintiff's counsel advises the Court that Plaintiff Jean-Philippe Autran passed away on June 15, 2020, and moves the Court to substitute Alex Autran, as the Administrator of Jean-Philippe Autran's estate, as the Plaintiff in this suit. Copies of the decedent's death certificate, of the order appointing Mr. Autran as administrator, and of the Letters of Administration are attached to the motion. [Docs. 41-1, 41-2] Plaintiff's counsel avers that Defendants do not oppose the motion.

For good cause shown, the Motion **[Doc. 40]** is hereby **GRANTED**. The Clerk's Office is **DIRECTED** to substitute Alex Autran, as Administrator of the Estate of Jean-Phillippe Autran, as Plaintiff in this action.

**IT IS SO ORDERED**.

ENTER:

_____
Debra C. Poplin
United States Magistrate Judge